# UNITED STATES DISTRICT COURT OF THE SOUTH DAKOTA

Malik Sanders

Plaintiff,

V.

Resurgent/LVNV Funding.,

Defendant.

Civil No. 4:26-cv-4028

JURY TRIAL DEMANDED

## I. INTRODUCTION

This is a civil action for actual damages, statutory damages, and costs brought by Malik Sanders ("Plaintiff"), an individual consumer, against Defendant Resurgent/LVNV Funding ("PRA" or "Debt Collector") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

Jurisdiction of this court arises under 15 U.S.C. § 1692k(d).

Jurisdiction of this court also arises under 28 U.S.C. § 1331.

Venue in this District is proper because the Defendant transacts business in South Dakota and the conduct complained of occurred in South Dakota.

## III. PARTIES

Plaintiff Malik Sanders is a natural person residing in South Dakota. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

Plaintiff is allegedly obligated to pay an obligation arising out of a transaction in which the money, property, insurance, or services, which are the subject of the transaction are primarily for personal, family, or household purposes. Plaintiff is allegedly obligated to pay a "Debt" as defined by 15 U.S.C. §1692a(5).

Upon information and belief, Defendant Resurgent/LVNV Funding is a Virginia limited liability company with its principal place of business located at 355 S Main St Ste 300-D Greenville, SC 29601-2923. Defendant is engaged in the collection of debt from consumers using mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to other companies and is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTS OF THE COMPLAINT

On or about November 25, 2025, Plaintiff reviewed his credit report on AnnualCreditReport.com

On the report, Plaintiff observed a trade line from Defendant PRA in the amount of Debt Amount $946 allegedly owed to Resurgent/LVNV Funding.

Within 30 days of Defendant's initial communication with Plaintiff regarding the alleged Debt (or upon discovering the trade line if no prior communication), on or about July 28, 2025, Plaintiff sent a written dispute and request for validation of the Debt to Defendant via CFPB. In the request, Plaintiff disputed the validity of the Debt and demanded verification pursuant to 15 U.S.C. §1692g.

Defendant received Plaintiff's validation request but failed to provide adequate verification. Defendant responded with only alleged credit statements, which do not suffice as proper validation for a debt buyer like Defendant attempting to collect on Resurgent/LVNV Funding. Defendant provided no bill of sale, assignment agreement, or other documentation establishing a chain of title from Resurgent/LVNV Funding. to Defendant, nor any original account-level documentation verifying the Debt's validity.

Despite failing to provide proper validation, Defendant continued collection activities, including updating, verifying, or re-reporting the alleged Debt to consumer reporting agencies (CRAs) such as Equifax, Experian, and TransUnion. On or about November 25, 2025, Plaintiff re-checked his credit reports and observed that Defendant had communicated with the CRAs regarding the Debt without first obtaining and mailing proper verification to Plaintiff.

Defendant's publishing and updating of such unverified information has severely damaged Plaintiff's personal and credit reputation, caused severe humiliation, emotional distress, mental anguish, and lowered FICO scores.

Defendant materially lowered Plaintiff's credit score by reporting and updating the unverified Debt.

A debt reported without proper validation results in harm to the consumer's creditworthiness. See, e.g., Chaudhry v. Gallerizzo, 174 F.3d 394 (4th Cir. 1999) (discussing verification standards); Haddad v. Alexander, Zelmanski, Danner & Fioritto, PLLC, 758 F.3d 777 (6th Cir. 2014) (inadequate verification violates FDCPA).

## V. FIRST CLAIM FOR RELIEF

(Defendant Resurgent/LVNV Funding)

15 U.S.C. §1692g(b)

Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

The Debt Collector violated the FDCPA.

The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C. §1692g(b) by continuing collection of the Debt, including by updating and communicating the Debt to CRAs, without first obtaining verification of the Debt and mailing it to Plaintiff. The provided response alleged credit statements was inadequate, as Defendant is a debt buyer required to provide evidence of ownership and original documentation to verify the Debt allegedly owed to Resurgent/LVNV Funding.

As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff for actual damages, statutory damages, and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Malik Sanders respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations that occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C. §1692k(a)(1);

C. Statutory damages pursuant to 15 U.S.C. §1692k(a)(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3);

E. Deletion of the trade line from Plaintiff's credit reports and any further relief as the Court may deem just and proper.

Respectfully submitted: *[signature]* UCC 1-308

Malik Sanders, Agent

7452 S Homan PL UNIT 7 Sioux Falls, SD 57108-8520

Kirkleyay@yahoo.com

January 21, 2026

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Malik Sanders

**DEFENDANTS**
Resurgent/Lvnv Funding

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
7452 S Homan PL UNIT 7 Sioux Falls, SD 57108-8520

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [x] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of 15 usc 1681s-2b

Brief description of cause:
Violation of consumer rights

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 35,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: January 21, 2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____