UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MALIK SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>RESURGENT/LVNV FUNDING,<br><br>Defendant. | 4:26-CV-04028-ECS<br><br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR LEAVE TO PROCEED<br>IN FORMA PAUPERIS |

Plaintiff, Malik Sanders, filed a pro se lawsuit under the Fair Debt Collection Practices Act. Doc. 1. Sanders moved for leave to proceed in forma pauperis. Doc. 2.

A federal court may authorize the commencement of any lawsuit without prepayment of fees when an applicant submits an affidavit stating he or she is unable to pay the costs of the lawsuit. 28 U.S.C. § 1915(a)(1). "[I]n forma pauperis status does not require a litigant to demonstrate absolute destitution." Lee v. McDonald's Corp., 231 F.3d 456, 459 (8th Cir. 2000). But in forma pauperis status is a privilege, not a right. Williams v. McKenzie, 834 F.2d 152, 154 (8th Cir. 1987) (citation omitted). Determining whether an applicant is sufficiently impoverished to qualify to proceed in forma pauperis under § 1915 is committed to the sound discretion of the district court. Cross v. Gen. Motors Corp., 721 F.2d 1152, 1157 (8th Cir. 1983). After review of Sanders' financial affidavit, this Court finds that he has insufficient funds to pay the filing fee. Thus, Sanders' motion for leave to proceed in forma pauperis, Doc. 2, is granted.

When a plaintiff is granted leave to proceed in forma pauperis, a court must screen the complaint to determine whether should be dismissed under 28 U.S.C. § 1915(e)(2)(B). See

Martin-Trigona v. Stewart, 691 F.2d 856, 857 (8th Cir. 1982) (per curiam); see also Key v. Does, 217 F. Supp. 3d 1006, 1007 (E.D. Ark. 2016).  Thus, the next stage in the proceeding is for the Court to conduct a screening to determine if Sanders' Complaint is "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).  This Court will enter a separate order screening Sanders' Complaint in due course.

Thus, it is

ORDERED that Sanders' Motion for Leave to Proceed In Forma Pauperis, Doc. 2, is granted.

DATED this 2nd day of April, 2026.

BY THE COURT:

ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE

2